**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| Tammy Armitage,<br>        Plaintiff<br><br>v.<br><br>Viking Collection Service, Inc.,<br>        Defendant | Docket 3:10-cv-2314-EMK<br><br>(JUDGE EDWIN M. KOSIK)<br><br><br><br>FILED ELECTRONICALLY |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL

Please dismiss this action with prejudice and without cost to either party.

                                        s/ Kenneth W. Pennington
                                        Kenneth W. Pennington
                                        Sabatini Law Firm, LLC
                                        216 N. Blakely St.
                                        Dunmore, PA 18512
                                        Attorney for Plaintiff
                                        Phone (570) 341-9000
                                        Facsimile (570) 504-2769
                                        Email: kpecf@bankruptcypa.com
                                        Bar Number: PA 68353