# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tammy Armitage,<br>Plaintiff | Docket 3:10-cv-2314-EMK<br><br>(JUDGE EDWIN M. KOSIK) |
| v. | |
| Viking Collection Service, Inc.,<br>Defendant | FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: 12/13/10

_____
Edwin M. Kosik
United States District Judge